UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Francisco Daniel Sorrentino, III

   v.                                Civil No. 18-cv-909-LM

All Humanity

### REPORT AND RECOMMENDATION

Before the court is the complaint (Doc. No. 1), filed by Francisco Daniel Sorrentino, III.  Also before the court is Mr. Sorrentino's emergency motion (Doc. No. 3).  The matter is before the court for preliminary review.  See 28 U.S.C. § 1915(e)(2) and LR 4.3(d)(2).

Mr. Sorrentino, who has limited funds, wants to help others.  He has filed excerpts from a magazine, highlighting difficult situations in Sudan and Nigeria.  He asks the court to grant relief.

Mr. Sorrentino's concerns do not appear to be redressable here.  A link to organizations that could provide some help is available at https://www.211nh.org/.  A local library can be a good place to find a computer with internet access.

The district judge should dismiss this case for lack of jurisdiction, and the emergency motion (Doc. No. 3) should be denied as moot.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of

this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen day period may be extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

 

_____
Andrea K. Johnstone
United States Magistrate Judge

October 26, 2018

cc:   Francisco Daniel Sorrentino, III, pro se